(89 South. 837)

**DAVIS v. STATE.   (5 Div. 344.)**

(Court of Appeals of Alabama.   June 14, 1921.)

**Criminal law ⬤⇒561(2)—Instruction not requiring belief beyond a reasonable doubt held erroneous.**

In a prosecution for distilling prohibited liquors, a charge to convict if the jury believe the evidence requires reversal, since to authorize conviction the jury must be convinced from the evidence of the defendant's guilt beyond a reasonable doubt.

Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge.

John Davis was convicted of distilling prohibited liquors, and he appeals. Reversed and remanded.

Grady Reynolds, of Clanton, for appellant.

The court was in error in its oral charge. Section 3562, Code 1907; 196 Ala. 382, 72 South. 21; 107 Ala. 133, 18 South. 206; 59 South. 190.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

SAMFORD, J.   The trial judge at the request of the state gave this charge in writing: "I charge you gentlemen of the jury that if you believe the evidence in this case you must find the defendant guilty." Before the jury is authorized to convict a defendant charged with crime, they must be convinced from the evidence of the defendant's guilt beyond a reasonable doubt. A charge requiring less than this is error.

For the error pointed out, the judgment is reversed, and the cause is remanded.

Reversed and remanded.

---

⬤⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes